No. 858. McLeod, Regional Director, National Labor Relations Board, *v.* Empresa Hondurena de Vapores, S. A. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Orison S. Marden* and *Chester Bordeau* for respondent.

No. 862. National Maritime Union of America, AFL–CIO, *v.* Empresa Hondurena de Vapores, S. A. C. A. 2d Cir. Certiorari granted. *Herman E. Cooper* and *H. Howard Ostrin* for petitioner. *Orison S. Marden* and *Chester Bordeau* for respondent.

No. 942. McCulloch, Chairman, National Labor Relations Board, et al. *v.* Sociedad Nacional de Marineros de Honduras et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioners. *Charles S. Rhyne, Brice W. Rhyne* and *Thomas P. Brown III* for respondents.

No. 922. United States *v.* Buffalo Savings Bank. Court of Appeals of New York. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph Kovner* and *George F. Lynch* for the United States. *John Horace Little* for respondent.

No. 908. Anderson *v.* Knox. C. A. 9th Cir. Certiorari denied. *Ivan E. Lawrence* for petitioner. *J. Russell Cades* for respondent.